1  Richard J. Reynolds (SBN 89911)
   E-mail:  rreynolds@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   1851 East First Street, Suite 1550
3  Santa Ana, CA  92705-4067
   Tel: 949.863.3363    Fax: 949.863.3350
4
   Attorneys for Defendant
5  TROJAN CAPITAL INVESTMENTS, LLC

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  MAC NGUYEN, an individual,              Case No.  8:14-cv-1983

12           Plaintiff,                     **PETITION FOR REMOVAL BY
                                            DEFENDANT TROJAN CAPITAL
13       v.                                 INVESTMENTS, LLC**

14  TROJAN CAPITAL INVESTMENTS, LLC;        Action Filed:    11/14/2014
    MTC FINANCIAL INC. dba TRUSTEE          Trial Date:      None
15  CORPS; SPECIAL DEFAULT SERVICES
    INC.; and DOES 1 through 10, inclusive,
16
             Defendants.
17

18

19       Defendant TROJAN CAPITAL INVESTMENTS, LLC ("Trojan" or "Defendant")

20  submits this Petition for Removal of the above-captioned lawsuit entitled, MAC NGUYEN vs.

21  TROJAN CAPITAL INVESTMENTS, LLC, etc. et al.; Case No. 30-2014-00756409-CU-OR-

22  CJC, assigned to Dept. C21, in the Superior Court located in Orange County, California ("State

23  Court") to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446

24  **I.     COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

25       **A.     Timeliness**

26       Trojan was served with a copy of Plaintiff MAC NGUYEN's ("Plaintiff") State Court

27  Summons and Complaint ("Complaint") by mail on or about November 26, 2014.  Thus, this

28  removal is timely because the 30-day period for filing the removal has not passed.  28 U.S.C.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4852-8025-4497 v1                    - 1 -

                           PETITION FOR REMOVAL

1   § 1446(b).  Additionally, removal is timely because removal is filed within one year from when

2   Plaintiff filed the original complaint in the State Court action on November 14, 2014.

3           **B.      <u>The State Court Action</u>**

4           Plaintiff's operative pleading is a wrongful foreclosure process action.  Plaintiff has

5   asserted in its First Amended Complaint a claim for violation of California Homeowners Bill of

6   Rights, breach of contract, violations of RESPA, and violations of the Unfair Competition Law

7   against Defendants.

8           Pursuant to 28 U.S.C. § 1446(a), Trustee Corps has attached true and correct copies of the

9   Summons, Complaint, and Civil Cover Sheet collectively as **Exhibit "A."**  The Summons,

10  Complaint, and Civil Cover Sheet were filed on November 14, 2014.  Attached collectively as

11  **Exhibit "B"** is a true and correct copy of a Notice of Case Assignment and Scheduling

12  Information dated on November 17, 2014.  Attached collectively as **Exhibit "C"** are true and

13  correct copies of the Summons, First Amended Complaint ("FAC"), and Civil Cover Sheet filed

14  on November 25, 2014.  Attached as **Exhibit "D"** is a true and correct copy of Plaintiff's

15  Ex  Parte Application re Temporary Restraining Order, Show Cause Why a Preliminary

16  Injunction Should Not Be Issued; Memorandum of Points and Authorities in Support Thereof

17  filed November 25, 2014.  Attached as **Exhibit "E"** is a true and correct copy of the Court's

18  Order to Show Cause Regarding Preliminary Injunction and [Proposed] Temporary Restraining

19  Order filed November 26, 2014.  Attached as **Exhibit "F"** is a true and correct copy of Plaintiff's

20  Proof of Service by Fax and Mail of Order to Show Cause Regarding Preliminary Injunction and

21  Temporary Restraining Order filed December 1, 2014.  Attached as **Exhibit "G"** is a true and

22  correct copy of the Notice of Hearing re Case Management filed December 5, 2014.  Attached as

23  **Exhibit "H"** is a true and correct copy of a Proof of Service of Summons re Civil Case Cover

24  Sheet, Summons, and Complaint regarding SDS filed December 5, 2014.  Attached as **Exhibit**

25  **"I"** is a true and correct copy of a Proof of Service of Summons re Civil Case Cover Sheet,

26  Summons, and Complaint regarding Trustee Corps filed December 5, 2014.  Attached as **Exhibit**

27  **"J"** is a true and correct copy of a Proof of Service of Summons re Civil Case Cover Sheet,

28  Summons, and Complaint regarding Trojan filed December 5, 2014.  Attached as **Exhibit "K"** is

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4852-8025-4497 v1                        - 2 -

PETITION FOR REMOVAL

1    a true and correct copy of Defendant MTC Financial Inc. dba Trustee Corps' ("Trustee Corps")

2    Declaration of Non-Monetary Status to the First Amended Complaint filed December 8, 2014.

3    Attached as **Exhibit "L"** is a true and correct copy of Defendant Special Default Services Inc.'s

4    ("SDS") Declaration of Non-Monetary Status to the First Amended Complaint filed December 9,

5    2014.  Attached as **Exhibit "M"** is a true and correct copy of a Notice of Non-Opposition to

6    Order to Show Cause Why Preliminary Injunction Should Not Issue filed December 9, 2014.

7    Attached as **Exhibit "N"** is a true and correct copy of the State Court's docket obtained from the

8    Orange County Superior Court's website.

9    **C.**     **The Court Has Original Federal Subject Matter Jurisdiction**

10           The Court has Original Federal Subject Matter Jurisdiction pursuant to 28 U.S.C. §1331.

11    ["The district courts shall have original jurisdiction of all civil actions arising under the

12    Constitution, laws, or treaties of the United States."]  The Second Cause of Action of the FAC is a

13    claim based on Federal law, the Real Estate Settlement Procedures Act ("RESPA").  The RESPA

14    claim is against Trojan.

15    **D.**     **Notice of Removal**

16           Trojan has provided and served a copy of the Petition for Removal on Plaintiff, Trustee

17    Corps, and SDS, and Trojan will timely file a copy of the Petition for Removal with the Clerk of

18    the Orange County Superior Court as required by 28 U.S.C. § 1446(d).

19           Trojan is informed and believes and hereon alleges that no other parties have appeared

20    formally apart from itself and Plaintiff.  Trustee Corps and SDS each filed separately a

21    Declaration of Non-Monetary Status to the First Amended Complaint.

22    **E.**     **Venue**

23           Removal from State Court to this Court is proper for venue purposes as this District

24    embraces the place where the action is pending 28 U.S.C. § 1441(a).

25    **II.**     **CONCLUSION**

26           Based on the foregoing, Trojan respectfully requests that this action be removed to this

27    Court.  If Plaintiff asserts any challenge to removal, Trojan respectfully requests the opportunity

28    / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4852-8025-4497 v1

- 3 -

1 | to present a brief and oral argument in support of the position that jurisdiction exists over this

2 | action in this Court.

3 | Dated: December 12, 2014    BURKE, WILLIAMS & SORENSEN, LLP

4 |

5 |

By: /s/ *Richard J. Reynolds*

6 |               Richard J. Reynolds
               Attorneys for Defendant

7 |               TROJAN CAPITAL INVESTMENTS, LLC

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4852-8025-4497 v1        - 4 -

PETITION FOR REMOVAL