JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 14-1983-DOC (RNBx)　　　　　　　　　　Date:　January 23, 2015

Title: MAC NGUYEN V. TROJAN CAPITAL INVESTMENTS, LLC, ET AL.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):　　ORDER RE: REMAND**

　　Parties appeared before the Court regarding the Order to Show Cause why a Preliminary Injunction should not issue. In the hearing, the Plaintiff asked to STRIKE and dismiss his RESPA cause of action – the sole federal claim and basis for jurisdiction. Notice of Removal (Dkt. 1) at 3. The cause of action was STRICKEN. This Court will decline to exercise supplemental jurisdiction over the remaining claims. 28 U.S.C. § 1367(c)(3); *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006); *Sharnese v. California*, 547 F. App'x 820, 823 (9th Cir. 2013) *cert. denied*, 134 S. Ct. 1542, 188 L. Ed. 2d 562 (2014).

　　The Temporary Restraining Order is dissolved. This matter shall be REMANDED to Orange County Superior Court.

　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djg
CIVIL-GEN